## TITAN WHEEL CORP. OF IOWA, Walcott Iowa, Appellant,

v.

## UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, Appellee.

### No. 04–1221.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 17, 2004.

Decided: Nov. 23, 2004.

Before WOLLMAN, HEANEY, and FAGG, Circuit Judges.

PER CURIAM.

Titan Wheel Corp. of Iowa appeals from the district court's * adverse grant of summary judgment in its action challenging a United States Environmental Protection Agency penalty for violations of the Resource Conservation and Recovery Act. Having carefully reviewed the record and

---

* The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.